GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-2296
Facsimile: (415) 398-2290
Email: BenetatosLaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAHOMA LIN aka NINA MONALISA BEARD,<br><br>      Defendant. | No. 2:12-CR-0440 JAM<br><br>**ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>SC Date: January 22, 2013<br>Time: 9:45 a.m.<br>Courtroom: 6<br>Hon. Judge John A. Mendez |

Based on the Stipulation of the parties, this Court finds there is good cause to continue the status conference, currently scheduled to occur on January 22, 2013, in Courtroom 6, at 9:45 a.m., to May 14, 2013.

IT IS THEREFORE ORDERED that the status conference currently scheduled to occur on January 22, 2013, is continued to May 14, 2013, at 9:45 a.m. in Courtroom 6.

Dated: January 22, 2013           /s/ John A. Mendez
                                                       JOHN A. MENDEZ
                                                      UNITED STATES DISTRICT COURT JUDGE
                                                      EASTERN DISTRICT OF CALIFORNIA