GEORGE G. BENETATOS  [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California  94111
Telephone:     (415) 398-2296
Facsimile:      (415) 398-2290
Email:           BenetatosLaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>vs.<br><br>DAHOMA LIN aka NINA MONALISA BEARD,<br><br>       Defendant. | No. 2:12-CR-0440 JAM<br><br>**ORDER**<br>**CONTINUING STATUS CONFERENCE**<br><br>SC Date:     May 14, 2013<br>Time:          9:45 a.m.<br>Courtroom:  6<br>Hon. Judge John A. Mendez |

Based upon the stipulation of the parties, the Court finds the ends ends of justice are served by the Court excluding time between May 14, 2013, and September 3, 2013, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the status conference currently scheduled to occur on May 14, 2013, is continued to September 3, 2013, at 9:45 a.m. in Courtroom 6, and time is excluded from the Speedy Trial Act during that time period.

Dated:  5/13/2013
                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE
                                      EASTERN DISTRICT OF CALIFORNIA