GEORGE G. BENETATOS [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-2296
Facsimile: (415) 398-2290
Email: benetatoslaw@gmail.com

Attorney for DAHOMA LIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0440 JAM |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | **CONTINUING STATUS CONFERENCE** |
| DAHOMA LIN aka NINA MONALISA BEARD, | SC Date: November 5, 2013 |
| | Time: 9:45 a.m. |
| Defendant. | Courtroom: 6 |
| | Hon. Judge John A. Mendez |

Based upon the stipulation of the parties, the Court finds the ends of justice are served by the Court excluding time between November 5, 2013, and November 12, 2013, so that counsel for the defendant may have reasonable time necessary for effective representation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the status conference currently scheduled to occur on November 5, 2013, is continued to November 12, 2013, at 9:45 a.m. in Courtroom 6, and time is excluded from the Speedy Trial Act during that time period.

Dated: 10/3/2013           /s/ John A. Mendez
                           JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE
                           EASTERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE
## WHEN ALL CASE PARTICIPANTS
## ARE CM/ECF PARTICIPANTS

I hereby certify that on October 3, 2013, I caused to be electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California, Sacramento Division by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ George G. Benetatos

_____

GEORGE G. BENETATOS

[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE  
Case No. 2:12-CR-0440 JAM

12cr440.o.10313.wpd  
Page 2